| | |
|---|---|
| 1 | Rudy Nolen, SBN 59808 |
| 2 | **NOLEN ■ OWENS**<br>1501 28TH Street |
| 3 | Sacramento, California  95816<br>Telephone:  (916) 733-0600 |
| 4 | Facsimile: (916) 733-0601 |
| 5 | |
| 6 | Attorney for Defendant and Counterclaimant |
| 7 | GALE CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREENBERG TRAURIG, LLP, a New York limited liability partnership, | ) | CASE NO: 2:07-CV-01572-MCE-DAD |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER SHORTENING TIME FOR HEARING OF DEFENDANT AND COUNTERCLAIMANT GALE CORP.'S MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER TO EXTEND DATE FOR COMPLETION OF DISCOVERY FRCP RULE 29** |
| vs. | ) | |
| GALE CORP., A California corporation also known as GALE CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIM and THIRD PARTY COMPLAINT. | ) ) ) ) | |

### STIPULATION

IT IS HEREBY STIPULATED between the parties by and through their respective counsel of record, that Defendant/Counterclaimant GALE CORP.'s (hereinafter "Gale") Motion to Amend the Pretrial Scheduling Order to Extend Date for Completion of Discovery (FRCP Rule 29) can be heard on shortened time.   Plaintiff/Counterdefendant GREENBERG TRAURIG, LLP (hereinafter "Greenberg") and Third Party Defendants LIVINGSTON & MATTESICH and KATHLEEN FINNERTY (hereinafter "Livingston" and "Finnerty") are not stipulating to the granting of the motion, but do not oppose having it heard prior to August 15, 2008, the current date for completion of discovery.

/ / /

1

STIPULATION FOR ORDER SHORTENING TIME ON HEARING ON MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER TO EXTEND DATE FOR COMPLETION OF DISCOVERY FRCP RULE 29

1  The Court designates that this motion shall be heard at 9:00 a.m. on August 8, 2008
2  and that the filing of any response to the motion shall be by 4:00 p.m. on August 5, 2008.

4  Dated:     July ___, 2008               **NOLEN ■ OWENS**

6                                          By: _____
7                                          RUDY NOLEN
                                           Attorney for Defendant and
                                           Counterclaimant Gale Corp.
8  Dated:     July ___, 2008               **HANSEN, CULHANE, KOHLS, JONES &**
9                                          **SOMMER, LLP**

11                                         By: _____
                                           Daniel V. Kohls
12                                         Attorney for Defendant,
                                           Counterdefendant and Third Party
13                                         Defendants

14                         **ORDER**

15  In light of the stipulation entered above:
16  IT IS SO ORDERED.

17  Dated: August 4, 2008

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE