| | |
|---|---|
| 1 | Rudy Nolen, SBN 59808 |
| 2 | **NOLEN ■ OWENS**<br>1501 28TH Street |
| 3 | Sacramento, California 95816<br>Telephone: (916) 733-0600 |
| 4 | Facsimile: (916) 733-0601 |

Rudy Nolen, SBN 59808
**NOLEN ■ OWENS**
1501 28TH Street
Sacramento, California 95816
Telephone: (916) 733-0600
Facsimile: (916) 733-0601

Attorney for Defendant and Counterclaimant
GALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENBERG TRAURIG, LLP, a New York limited liability partnership,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GALE CORP., A California corporation also known as GALE CORPORATION,<br><br>　　　　Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIM and THIRD PARTY COMPLAINT.<br>_____ | CASE NO: 2:07-CV-01572-MCE-DAD<br><br>**STIPULATION AND ORDER SHORTENING TIME FOR HEARING OF DEFENDANT AND COUNTERCLAIMANT GALE CORP.'S MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER TO EXTEND THE DEADLINES FOR THE EXCHANGE OF EXPERT REPORTS AND TO HEAR DISPOSITIVE MOTIONS** |

**STIPULATION**

IT IS HEREBY STIPULATED between the parties by and through their respective counsel of record, that Defendant/Counterclaimant GALE CORP.'s (hereinafter "Gale") Motion to Amend the Pretrial Scheduling Order to Extend the Deadlines for the Exchange of Expert Reports and to Hear Dispositive Motions (FRCP Rule 16) can be heard on shortened time. Plaintiff/Counterdefendant GREENBERG TRAURIG, LLP (hereinafter "Greenberg") and Third Party Defendants LIVINGSTON & MATTESICH and KATHLEEN FINNERTY (hereinafter "Livingston" and "Finnerty") are not stipulating to the granting of the motion, but do not oppose having it heard prior to April 1, 2009 on the condition that are allowed at least five Court days to prepare an opposition prior to the scheduled hearing.

1  The Court designates that this motion shall be heard at 2:00 p.m. on April 2, 2009
2  and that the filing of any response to the motion shall be by 5:00 p.m. on March 26, 2009.

4  Dated:    March ___, 2009        **NOLEN ■ OWENS**

6                                   By: _____
7                                   RUDY NOLEN
                                    Attorney for Defendant and
                                    Counterclaimant Gale Corp.

9  Dated:    March ___, 2009        **HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP**

12                                  By: _____
                                    Daniel V. Kohls
                                    Attorney for Defendant,
13                                  Counterdefendant and Third Party
                                    Defendants

15                          **ORDER**

16  In light of the stipulation entered above:

17  IT IS SO ORDERED.

18  Dated: March 24, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE