UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREENBERG TAURIG LLP,   No. 2:07-cv-01572-MCE-DAD

    Plaintiff,

    v.   ORDER

GALE CORP., et al.,

    Defendants.

----oo0oo----

On April 13, 2009, per the Court's Order dated April 6, 2009, Defendant Gale Corporation filed its designation and disclosure of Expert Witness. Accordingly, Plaintiff's previously filed Disclosure of Expert Witness (Docket No. 27) is hereby ordered unsealed.

    IT IS SO ORDERED.

Dated: April 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1