UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREENBERG TRAURIG, LLP,
a New York limited
liability partnership,

        Plaintiff,

   v.

GALE CORP., a California
corporation also known as
GALE CORPORATION,

        Defendants.
_____

AND RELATED COUNTERCLAIM AND
THIRD PARTY CLAIM.
_____

No. 2:07-cv-01572-MCE-DAD

**ORDER**

----oo0oo----

By Minute Order filed June 1, 2009, this Court denied, without prejudice, the Motion of Defendant and Counterclaimant Gale Corporation ("Gale") for Summary Adjudication on grounds that the Statement of Undisputed Facts submitted with the Motion lacked any citation to evidentiary support, as required by Eastern District Local Rule 56-260(a).

1

1     On June 5, 2009, counsel for Gale filed a Motion for Relief
2 from the provisions of the aforementioned June 1, 2009 Minute
3 Order pursuant to Federal Rule of Civil Procedure 60(b)(1) and
4 (6).  Gale asked the Court to vacate its Order denying the Motion
5 for Summary Adjudication, and to reinstate the June 11, 2009 date
6 initially scheduled for the hearing on that Motion, on grounds
7 that any shortcomings associated with the Statement of Undisputed
8 Facts amounted to only a "procedural mistake".  Gale's June 5,
9 2009 Motion was rejected, however, as improperly noticed.

10     The Court nonetheless recognizes that there are two
11 additional Motions (filed on behalf of Plaintiff and Counter-
12 Defendant Greenberg Traurig and Third Party Defendants Livingston
13 and Mattesich and Kathleen Finnerty) scheduled for hearing on
14 June 11, 2009.  The Court further notes that Gale has already
15 submitted an amended Statement of Undisputed Facts containing the
16 proper evidentiary support.  Because Gale has the Court's
17 permission to reactivate its Motion for Summary Adjudication and
18 will undoubtedly do so, and because interests of judicial economy
19 weigh in favor of hearing all three potentially dispositive
20 motions concurrently, the Court hereby continues the Greenberg
21 Traurig/Livingston and Mattesich/Finnerty Motions to July 16,
22 2009 at 2:00 p.m.  Gale may renotice its Motion to be also heard
23 at that time.

24     IT IS SO ORDERED.

25 Dated: June 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE