1 | RUDY NOLEN (State Bar No. 59808)
STEPHEN W. OWENS (State Bar No. 84859)
2 | NOLEN & OWENS
1501 28TH Street
3 | SACRAMENTO, CALIFORNIA 95816
TELEPHONE: (916) 733-0600
4 |
Attorneys for Defendant/Counterclaimant
5 | GALE CORPORATION

6 |
UNITED STATES DISTRICT COURT
7 |
EASTERN DISTRICT OF CALIFORNIA
8 |

9 |
GREENBERG TRAURIG, LLP, a New          **Case No. 2:07-CV-01572  MCE DAD**
10 | York limited liability partnership,

11 |                 Plaintiff,
                                             GALE CORP.'S VOIR DIRE
12 | vs.

GALE CORP., a California corporation also
13 | known as GALE CORPORATION,

14 |                 Defendant,

15 | _____/

GALE CORP., a California corporation,
16 |
                 Counterclaimant,

17 | vs.

GREENBERG TRAURIG, LLP,
18 |
                 Counterdefendant,
19 |
and
20 | LIVINGSTON & MATTESICH LAW
CORPORATION and KATHLEEN
21 | FINNERTY,

22 |                 Third Party Defendants.

23 | _____/

24 |        Gale Corp. submits the following Voir Dire questions to the Court:

25 |        1.    Have you ever engaged the services of a patent attorney?  If so, please explain the

26 | circumstances.

27 |        2.    Did you believe at the time you were properly represented?  If not, please explain.

28 |        3.    Have you ever been involved in patent litigation?  If so, please explain.

---

153743                              GALE CORP.'S VOIR DIRE

1        4.   Have you ever applied for a patent involving a personal invention?  If so, please

2    explain.

3        5.   Have you engaged the services of an attorney for any reason? If so, please explain.

4        6.   Was your experience with the attorney favorable or unfavorable?  Please explain.

5        7.   Do you have any opinions either positive or negative about attorneys in general and

6    the legal system?

7        8.   Do you have any opinions about legislative efforts at tort reform? If so, what are your

8    opinions.  Would they effect your ability to be a juror in this case.

9        9.   Have you ever filed a lawsuit to recover monetary damages? If so, please explain.

10       10.  Have you ever filed a lawsuit to recover damages relating to a business enterprise? If

11   so, please explain.

12       11.  Do you have any familiarity with a conductivity tester which is used to test circuits

13   for video, voice and data? If so, please explain.

14       12.  Do you now, or have you in the past, ever operated your own business?  If so, did the

15   business involve manufacturing a product?  Did it involve marketing products?

16

17

18   Dated: October 26, 2009          NOLEN & OWENS

19

20                           By: ___/s/ Rudy Nolen_____

21                           RUDY NOLEN
                        Attorneys for Defendant/Counterclaimant Gale
                        Corporation

22

23

24

25

26

27

28

153743                   GALE CORP.'S VOIR DIRE