RUDY NOLEN (State Bar No. 59808)
STEPHEN W. OWENS (State Bar No. 84859)
NOLEN & OWENS
1501 28TH Street
SACRAMENTO, CALIFORNIA 95816
TELEPHONE: (916) 733-0600

Attorneys for Defendant/Counterclaimant
GALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENBERG TRAURIG, LLP, a New York limited liability partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>GALE CORP., a California corporation also known as GALE CORPORATION,<br><br>    Defendant,<br>_____/<br>GALE CORP., a California corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP,<br><br>    Counterdefendant,<br><br>and<br><br>LIVINGSTON & MATTESICH LAW CORPORATION and KATHLEEN FINNERTY,<br><br>    Third Party Defendants.<br>_____/ | Case No. 2:07-CV-01572 MCE DAD<br><br>GALE CORP.'S COMPLIANCE WITH FINAL PRETRIAL ORDER |

Gale Corp.. intends to offer or read into evidence at trial the following interrogatories:

1. **Gale Corp.'s Interrogatories to Third Party Defendants Livinston & Matthesich Law Corp., Set Two, answered on September 12, 2008.**

   - Interrogatory No. 3 and Livingston & Matthesich's response.

   - Interrogatory No. 4 and Livingston & Matthesich's response.

---

153743    GALE CORP.'S COMPLIANCE WITH THE FINAL PRETRIAL ORDER

- Interrogatory No. 5 and Livingston & Matthesich's response.
- Interrogatory No. 6 and Livingston & Matthesich's response.
- Interrogatory No. 8 and Livingston & Matthesich's response.
- Interrogatory No. 9 and Livingston & Matthesich's response.
- Interrogatory No. 10 and Livingston & Matthesich's response.
- Interrogatory No. 12 and Livingston & Matthesich's response.
- Interrogatory No. 13 and Livingston & Matthesich's response.
- Interrogatory No. 15 and Livingston & Matthesich's response.
- Interrogatory No. 16 and Livingston & Matthesich's response.

2. **Gale Corp.'s Interrogatories to Counterdefendant Greenberg Traurig, LLP, Set Two, answered on September 12, 2008.**

- Interrogatory No. 3 and Greenberg Traurig's response.
- Interrogatory No. 10 and Greenberg Traurig's response.
- Interrogatory No. 12 and Greenberg Traurig's response.
- Interrogatory No. 13 and Greenberg Traurig's response.
- Interrogatory No. 15 and Greenberg Traurig's response.
- Interrogatory No. 16 and Greenberg Traurig's response.

Dated: October 26, 2009          NOLEN & OWENS

By: __/s/ Rudy Nolen__
RUDY NOLEN
Attorneys for Defendant/Counterclaimant Gale Corporation

153743   GALE CORP.'S COMPLIANCE WITH THE FINAL PRETRIAL ORDER