DANIEL V. KOHLS (State Bar No. 167987)
BRET N. BATCHMAN (State Bar No. 236311)
HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP
3001 LAVA RIDGE COURT, SUITE 120
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339

Attorneys for Third-Party Defendants
LIVINGSTON & MATTESICH and KATHLEEN FINNERTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENBERG TRAURIG, LLP, a New York limited liability partnership,<br><br>Plaintiff,<br><br>vs.<br><br>GALE CORP., a California corporation also known as GALE CORPORATION,<br><br>Defendant,<br>_____/<br><br>AND RELATED COUNTER-CLAIM AND THIRD PARTY CLAIM.<br>_____/ | Case No. 2:07-CV-01572 MCE DAD<br><br>**THIRD PARTY DEFENDANTS LIVINGSTON & MATTESICH LAW CORPORATION AND KATHLEEN FINNERTY'S PROPOSED VOIR DIRE**<br><br>**Complaint**<br>**Filed:**  August 2, 2007<br><br>**Trial Date:**  November 2, 2009 |

Third party defendants Livingston & Mattesich and Kathleen Finnerty hereby submit the following voir dire questions to the Court:

Have you or any family member ever had to hire a lawyer?

1. Do you believe there are too many lawsuits?

2. Do you believe people are too ready to sue?

3. Do you believe jury awards are too high?

4. Have you or any family members or close friends ever been involved in any type of lawsuit, either as a Plaintiff, a Defendant or a witness?

---

|    |    |     |                                                                                              |
|----|----|-----|----------------------------------------------------------------------------------------------|
| 1  |    | (a) | Were you the Plaintiff--the person bringing the action, or the Defendant--the person defending the case? |
| 3  |    | (b) | What was involved in the case? Specifically, was it dealing with legal malpractice?         |
| 5  |    | (c) | Were you satisfied with the outcome of the case?                                            |
| 6  |    | (d) | Did it alter your opinion of the court system?                                              |
| 7  |    | (e) | If you were a Witness--did you testify in court or were you interviewed outside the courtroom with your statement being taken in the form of a deposition? |
| 10 | 5. |     | Do you know of any reason why you couldn't be fair and impartial as a member of this jury?  |
| 12 | 6. |     | Have you ever worked for a law firm?                                                        |
| 13 | 7. |     | Have you ever been trained in the legal arena? If so, would you please explain the nature of the training. |
| 15 | 8  |     | Do any of you dislike lawyers?                                                              |
| 16 | 9. |     | Do any of you believe that lawyers are generally greedy?                                    |
| 17 | 10.|     | Do you believe that juries are awarding too much money or not enough money?                 |
| 18 | 11.|     | Do any of you believe that lawyers charge too much?                                         |
| 19 | 12.|     | Do any of you believe that lawyers make too much money?                                     |
| 20 | 13.|     | Do any of you believe that lawyers are generally dishonest?                                 |
| 21 | 14.|     | Do any of you believe that lawyers have a bad reputation?                                   |
| 22 |    |     | What is that reputation?                                                                    |
| 23 |    |     | Why?                                                                                        |
| 24 |    |     | Do you believe that there are simply a few bad apples that have given the profession a bad name? |
| 26 | 15.|     | Is there anything about defendants that you think might prevent you from being fair and impartial? |
| 28 | 16.|     | Is there anything about defense counsel that you think might prevent you from              |

1  being fair and impartial?

2      17.    What is the first thing that you think of when I say the word attorney?

4  DATED: October 26, 2009        Respectfully submitted,

5                                HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP

8  By:   /s/ Daniel V. Kohls
       DANIEL V. KOHLS
       BRET N. BATCHMAN
9         Attorneys for Third-Party Defendants
       LIVINGSTON & MATTESICH and
10        KATHLEEN FINNERTY

154761    L&M and Finnerty's Voir Dire