| | |
|---|---|
| 1 | DANIEL V. KOHLS (State Bar No. 167987) |
| | BRET N. BATCHMAN (State Bar No. 236311) |
| 2 | HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP |
| | 3001 LAVA RIDGE COURT, SUITE 120 |
| 3 | ROSEVILLE, CALIFORNIA  95661 |
| | TELEPHONE: (916) 781-2550 |
| 4 | FACSIMILE: (916) 781-5339 |
| 5 | Attorneys for Plaintiff/Counter-Defendant |
| | GREENBERG TRAURIG, LLP, and Third-Party Defendants |
| 6 | LIVINGSTON & MATTESICH and KATHLEEN FINNERTY |
| 7 | |
| 8 | RUDY NOLEN (State Bar No. 59808) |
| | STEPHEN W. OWENS (State Bar No. 84859) |
| 9 | NOLEN ■ OWENS |
| | 1501 28th STREET |
| 10 | SACRAMENTO, CALIFORNIA 95816 |
| | TELEPHONE: (916) 733-0600 |
| 11 | FACSIMILE: (916) 733-0601 |
| 12 | Attorneys for Defendant and Counter-Claimant |
| | and Third-Party Claimant GALE CORP. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENBERG TRAURIG, LLP, a New York limited liability partnership, | Case No. 2:07-CV-01572  MCE DAD |
| Plaintiff, | **REQUEST FOR MUTUAL DISMISSALS FILED JOINTLY BY GREENBERG TRAURIG, LLP, and GALE CORP.** |
| vs. | |
| GALE CORP., a California corporation also known as GALE CORPORATION, | Complaint Filed:     August 2, 2007 |
| Defendant, _____ / | Trial Date:    November 2, 2009 |
| AND RELATED COUNTER-CLAIM AND THIRD PARTY CLAIM. _____ / | |

  Come now plaintiff and counter-defendant GREENBERG TRAURIG, LLP, and defendant and counter-claimant GALE CORP. and each request that the District Court dismiss with prejudice the respective claims that each has against the other, with each party to bear its

---

154771          Mutual Request for Dismissals

1  own costs and attorneys fees.  Additionally, GALE CORP. in its capacity as a third-party
2  claimant hereby requests that the District Court dismiss with prejudice all claims against
3  third-party defendant KATHLEEN FINNERTY arising out of any alleged and actual acts or
4  omissions to act occurring after October 10, 2005.

DATED:  October 27, 2009            Respectfully submitted,

HANSEN, KOHLS, JONES, SOMMER
& JACOB, LLP


By:     /s/ Daniel V. Kohls
DANIEL V. KOHLS
BRET N. BATCHMAN
Attorneys for Plaintiff/Counter-Defendant
GREENBERG TRAURIG, LLP, and Third-Party
Defendants LIVINGSTON & MATTESICH and
KATHLEEN FINNERTY

DATED:  October 27, 2009            Respectfully submitted,

NOLEN ■ OWENS


By:     /s/ Rudy Nolen
RUDY NOLEN
STEPHEN W. OWENS
Attorneys for Defendant and Counter-Claimant
and Third-Party Claimant GALE CORP.