RUDY NOLEN (State Bar No. 59808)
STEPHEN W. OWENS (State Bar No. 84859)
NOLEN & OWENS
1501 28TH Street
SACRAMENTO, CALIFORNIA 95816
TELEPHONE: (916) 733-0600

DANIEL N. BALLARD (State Bar No. 219223)
SEQUOIA COUNSEL PC
770 L Street, Suite 950
SACRAMENTO, CALIFORNIA 95814
TELEPHONE: (916) 449-3950

Attorneys for Defendant/Counterclaimant
GALE CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREENBERG TRAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

vs.

GALE CORP., a California corporation also known as GALE CORPORATION,

    Defendant,

_____/

GALE CORP., a California corporation,

    Counterclaimant,

vs.

GREENBERG TRAURIG, LLP,

    Counterdefendant,

and

LIVINGSTON & MATTESICH LAW CORPORATION and KATHLEEN FINNERTY,

    Third Party Defendants.

_____/

Case No. 2:07-CV-01572  MCE DAD

**NOTICE OF ASSOCIATION OF COUNSEL**

/ / /

/ / /

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Please take notice that pursuant to L.R. 83-182(h)(i) Daniel N. Ballard hereby associates as litigation counsel with Nolen & Owens on behalf of Gale Corp., in the above-captioned action.

Dated: October 30, 2009                    Respectfully submitted,

                                           SEQUOIA COUNSEL PC

                                           By: _____
                                               DANIEL N. BALLARD
                                               Attorneys for Plaintiff
                                               Gale Corporation

Dated: October 30, 2009                    NOLEN & OWENS

                                           By: _____
                                               RUDY NOLEN
                                               Attorneys for Plaintiff
                                               Gale Corporation

| | |
|---|---|
| CASE NAME: | *GALE CORP. v. LIVINGSTON & MATTESICH LAW CORP., et al.* |
| COURT: | UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA |
| CASE NO.: | CASE NO: 2:07-CV-01572-MCE-DAD |

### PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1501 28th Street, Sacramento, California 95816. I am over the age of 18 years and not a party to the above-entitled action.

On October 30, 2009, I caused the within **NOTICE OF ASSOCIATION OF COUNSEL** to be served as follows:

<u>XXX</u>  **MAIL** –I am readily familiar with Nolen ■ Owens' practice for collection and processing of correspondence for mailing with the United States Postal Services. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at Sacramento, California at or before the close of each day's business. (CCP Section 1013a(3).)ss

<u>XXX</u>  **FACSIMILE** – On October 30, 2009, by use of facsimile machine telephone number (916) 733-0601, I served a true copy of the aforementioned document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

\_\_\_\_  **PERSONAL SERVICE** – Delivered by hand to the addressee addressed as set forth below.

\_\_\_\_  **OVERNIGHT COURIER** – By causing a true copy and/or original thereof to be personally delivered via the following overnight courier service:

Attorneys for Defendants
Daniel V. Kohls
Brett Batchman
Hansen, Kohls, Jones
  & Sommer, LLP
3001 Lava Ridge Court
Roseville, CA 95661

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 30, 2009 at Sacramento, California.

TIM FROUNFELKNER