UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.

Greenberg Traurig, LLP,                No. 2:07-cv-01572-MCE-DAD

    Plaintiff,

  v.                                   **MINUTES**

Gale Corporation, et al.,              Date: November 2, 2009
                                       Deputy Clerk: A. Souvannarath
    Defendant*.                      Reporter: Diane Shepard
_____/

**Counsel for Plaintiff:**   Daniel Kohls
**Counsel for Defendant:**   Rudy Nolen

**JURY TRIAL - DAY 1:**

| Time | Event |
|---|---|
| 9:10 a.m. | Counsel and all parties present for jury selection. Outside presence of the prospective jurors, Court addresses Statement of the Case. Parties stipulate to make changes to the Statement of the Case. Court addresses pending motion in limine, the order ruling on motion was filed this morning. |
| 9:30 a.m. | Role of prospective jurors taken. All prospective jurors present. Prospective jurors sworn on voir dire. Voir dire conducted by the court. |
| 10:10 a.m. | Court recess due to medical emergency of a prospective juror in the jury box. |
| 10:30 a.m. | Court and parties discuss observation of the medical emergency on the record after paramedics exited courtroom with prospective juror. Parties put their requests and concerns on the record. |
| 10:41 a.m. | Prospective jurors are back in courtroom. Court continues with jury selection/voir dire. |
| 12:00 p.m. | The jury is selected and sworn. Court adjourns until tomorrow, Tuesday, November 3, at 9:00 a.m. |

**TIME IN COURT:** 2.5 hrs.