```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
        BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.
```

Greenberg Traurig, LLP,                No. 2:07-cv-01572-MCE-DAD

    Plaintiff,

  v.                                   **MINUTES**

Gale Corporation, et al.,              Date: November 3, 2009
                                       Deputy Clerk: S. Deutsch
    Defendant.                         Reporter: Diane Shepard
_____/

**Counsel for Plaintiffs**:  Rudy Nolen
**Counsel for Defendant**:  Daniel Kohls

**JURY TRIAL - DAY 2**:

| Time | Event |
|---|---|
| 9:00 a.m. | All jurors, parties and counsel present. The Court read the jury the pre-instructions. |
| 9:25 a.m. | Plaintiff played a DVD for the jury. |
| 9:45 a.m. | Plaintiff gave their opening statement. |
| 10:35 a.m. | Jury admonished and excused for the morning recess. |
| 10:55 a.m. | Defense gave their opening statement. |
| 11:34 a.m. | The Plaintiff called witness, Robert Gale, who was sworn and testified on direct. |
| 12:00 p.m. | Jury admonished and excused for the lunch recess. |
| 1:30 p.m. | All jurors, parties and counsel present. Direct of Robert Gale continued. |
| 3:00 p.m. | Jury admonished and excused for the afternoon recess. |
| 3:20 p.m. | All jurors, parties and counsel present. Direct of Robert Gale continued. |
| 4:30 p.m. | Jury admonished and excused until 9:00 a.m. on November 4, 2009. Court adjourned. |

**TIME IN COURT**: 6 hours