```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
               BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.


Gale Corporation, et al.,         No. 2:07-cv-01572-MCE-DAD

         Counter Claimant,

    v.                            MINUTES

Greenberg Traurig, LLP,           Date: November 4, 2009
                                  Deputy Clerk: S. Deutsch
         Counter Defendant.       Reporter: Diane Shepard
_____/
```

**Counsel for Counter Claimant**:  Rudy Nolen
**Counsel for Counter Defendant**:  Daniel Kohls

**JURY TRIAL - DAY 3**:

- 9:00 a.m.   Outside the presence of the jury, the Court and counsel discussed trial matters.
- 10:04 a.m.  All jurors, counsel and parties present. Direct of Robert Gale continued.
- 11:00 a.m.  Jury admonished and excused for the morning recess.
- 11:40 a.m.  Outside the presence of the jury, the parties advised the Court a settlement was reached.
- 12:00 p.m.  All jurors present. The Court excused the jury from further service. Court adjourned.

**TIME IN COURT:** 4 hours