RUDY NOLEN (State Bar No. 59808)
**NOLEN ■ OWENS**
1501 28TH Street
SACRAMENTO, CALIFORNIA 95816
TELEPHONE: (916) 733-0600

Attorneys for Defendant/Counterclaimant
GALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENBERG TRAURIG, LLP, a New York limited liability partnership,<br><br>         Plaintiff,<br><br>vs.<br><br>GALE CORP., a California corporation also known as GALE CORPORATION,<br><br>         Defendant,<br>_____/<br>AND RELATED COUNTERCLAIM AND THIRD PARTY CLAIMS<br>_____/ | Case No. 2:07-CV-01572 MCE DAD<br><br>**ORDER FOR DISMISSAL OF GALE CORP.'S THIRD PARTY COMPLAINT AGAINST LIVINGSTON & MATTESICH AND KATHLEEN FINNERTY**<br><br>Complaint Filed: August 2, 2007 |

   After considering the Stipulation for Dismissal,

   IT IS HEREBY ORDERED THAT Defendant, Counter-Claimant and Third-Party Claimant GALE CORP.'S third party claim against Third-Party Defendants LIVINGSTON & MATTESICH and KATHLEEN FINNERTY be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk of Court is hereby directed to close the file.

   Dated: January 7, 2010

                                                              _____
                                                              MORRISON C. ENGLAND, JR.
                                                              UNITED STATES DISTRICT JUDGE